Acollective Consulting, LLC
National Registered Agents, Inc.
116 Pine St Ste 320 3rd Floor
Harrisburg, PA 17101-1244

Ally Financial, Inc
500 Woodward Ave
Detroit, MI 48226-3416

Avant/WebBank
222 North LaSalle Street Suite 1600
Chicago, IL 60601

Barclays Bank Delaware
Attn: Bankruptcy
125 S West St
Wilmington, DE 19801-5014

Blair Mill #1 Associates
409 Stenton Ave
Flourtown, PA 19031-1327

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One/SaksFirst
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0287

Capitalone
Po Box 31293
Salt Lake City, UT 84131

Channel Partners Capital, LLC
Channel Partners Equipment Finance
10900 Wayzata Blvd Ste 300
Minnetonka, MN 55305-1576

Comenity Bank/Victoria Secret
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

Commercial Acceptance Company
Attn: Bankruptcy Attn: Bankruptcy
2300 Gettysburg Road , Suite 102
Camp Hill, PA 17011

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

Cws/cw Nexus
Po Box 9201
Old Bethpage, NY 11804

First Premier Bank
Attn: Bankruptcy
PO Box 5524
Sioux Falls, SD 57117

Fnb Of Wyomn
838 N Market
Wilmington, DE 19899

Fortiva
Attn: Bankruptcy
PO Box 105555
Atlanta, GA 30348-5555

Goldman Sachs Bank USA
Attn: Bankruptcy
200 West St
New York, NY 10282-2102


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


James P. Duffy
1120 Clover Ln
Glen Mills, PA 19342-9622


Kaplin Stewart Meloff Reiter &
Stein, P.C.
910 Harvest Dr Fl 2
Blue Bell, PA 19422-1962


Kohl's
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043


Mariner Finance, LLC
Attn: Bankruptcy 8211 Town Center Drive
Nottingham, MD 21236


Mercury/FBT
Attn: Bankruptcy
PO Box 84064
Columbus, GA 31908


Mission Lane LLC
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348

Montgomery County Tax Claim Bureau
1 Montgomery Plz Ste 600
Norristown, PA 19401-4851

Nordstrom FSB
ATTN: Bankruptcy
PO Box 6555
Englewood, CO 80155-6555

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Pentagon Federal Credit Union
Attn: Bankruptcy
P.O. Box 1432
Alexandria, VA 22313-2032

Rosenberg Martin Greenberg, LLP
25 S Charles St Fl 21
Baltimore, MD 21201-3322

Self INC/Lead Bank Communtiy Bank
Attn: Bankruptcy 1801 Main St
Kansas City, MO 64108

Sunrise Banks
Attn: Bankruptcy 200 University Avenue West
Saint Paul, MN 55103

Synchrony Bank/Gap
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/Sams
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank/TJX
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

Synchrony/PayPal Credit
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Today Card
Attn: Bankruptcy
PO Box 84032
Columbus, GA 31908-4032

Truist Bank
Attn: Bankruptcy
214 N Tryon St
Charlotte, NC 28202-1078

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009



Christina Wilmer
1343 Parish Ave
Claymont, DE 19703-3334



WSFS Bank
500 Delaware Ave
Wilmington, DE 19801-1490