# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: Bige Monyea Chambers<br><br>Bige Monyea Chambers,<br><br>Debtor. | Case No. 24-10788<br><br>Chapter 13 |

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's First Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

Ally Financial, Inc
500 Woodward Ave
Detroit, MI 48226-3416

Fnb Of Wyomn
838 N Market
Wilmington, DE 19899

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Sunrise Banks
Attn: Bankruptcy
200 University Avenue West
Saint Paul, MN 55103


Date: April 9, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com