**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Bige Monyea Chambers, <br><br> *Debtor*. | Chapter 13 <br> Case No. 24-10788 |

**Certification of No Payment Advices**
**Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

  I, Bige Monyea Chambers, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), from any source of employment. I further certify that I received no payment advices during that period because:

☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☑ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☐ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ I did not receive payment advices due to factors other than those listed above.

  I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Date: June 7, 2024        **/s/ Bige Monyea Chambers**
                     Bige Monyea Chambers