**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Bige Monyea Chambers,<br><br>*Debtor.* | Chapter 13<br>Case No. 24-10788-amc |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Third Amended Chapter 13 Plan

Dated: June 28, 2024

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Internal Revenue Service**

Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Blair Mills #1 Associates**

Chief Executive Officer
3855 Blair Mill Road 201-P
Horsham, PA 19044