**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Bige Monyea Chambers,<br><br>*Debtor*. | Case No. 24-10788-AMC<br>Chapter 13 |

**Order Granting Motion to Determine Value of Property**

And now, after consideration of the Motion to Determine Value of Property filed by Debtor Bige Monyea Chambers, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. It is **DETERMINED** that the value of the 2018 Maserati Levante, VIN ZN661YUS5JX273346 is $20,930.00.

3. Claim No. 6 of Ally Bank must be paid by the trustee as follows:

    Secured ................................................................................... $20,930.00

    Priority Unsecured ....................................................................... $0.00

    General Unsecured ....................................................................... $0.00

    Total ........................................................................................ $20,930.00

4. The secured component of Claim No. 6 must be paid at an interest rate of 6.5%.

Date:

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge