**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : |
| | : Bankruptcy No. 24-10788-AMC |
| Bige Monyea Chambers | : |
| | : |
| Debtor. | : Chapter 13 |
| | : |
| Ally Bank | : |
| | : |
| Respondent | : |

**ORDER OF COURT**

AND NOW, this___day of_____,20__, upon consideration of the Answer to Debtor's Motion to Determine Value of Property is denied by the Court.

BY THE COURT:

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE