# CERTIFICATE OF TITLE

## State of Delaware

STOCK NO.

DIVISION OF MOTOR VEHICLES          DEPARTMENT OF TRANSPORTATION

| TITLE, TAG AND REGISTRATION NO. | SPECIAL TAG, IF ANY | ODOMETER MILEAGE 2,204 | ACTUAL VEHICLE MILEAGE |
|---|---|---|---|
| MANUFACTURER AND YEAR MASE 2018 | MODEL LEV | BODY STYLE UT | YEARLY FEE 40.00 |
| TITLE DATE 04/07/2020 | EXPIRATION DATE 04/07/2023 | VEHICLE IDENTIFICATION NO. ZN661YUS5JX273346 | |
| REG WEIGHT | MGVWR | USE NEW | COLOR BLK |

ISSUED TO
CHAMBERS BIGE MONYEA
271 BOGGS RUN
DOVER          DE 19904

LIENHOLDER(S)

1. ALLY FINANCIAL
   10909 MCCORMICK ROAD
   HUNT VALLEY     MD 21031

1ST LIEN
DATE OF RELEASE_____

_____
LIENHOLDER

_____
AUTHORIZED REPRESENTATIVE

2ND LIEN (IF ANY)
DATE OF RELEASE_____

_____
LIENHOLDER

_____
AUTHORIZED REPRESENTATIVE

3RD LIEN (IF ANY)
DATE OF RELEASE_____

_____
LIENHOLDER

_____
AUTHORIZED REPRESENTATIVE

I, the undersigned, hereby certify that an application for certificate of title has been made for the vehicle described hereon, pursuant to the provisions of the Motor Vehicle Laws of this State, and the applicant named on the face hereon has been duly recorded as the lawful owner of said vehicle. I further certify that the vehicle is subject to the security interests shown hereon, if any. However, the vehicle may be subject to other security interests not filed with this Department. The Department will not be responsible for false or fraudulent odometer statements made in the assignment of the Certificate of Title or for errors made in the recording by the Department.

STOCK NO.

**STORE IN A SAFE PLACE**
**ANY ALTERATIONS, ERASURES, OR**
**MUTILATIONS VOID THIS TITLE**

DIRECTOR, MOTOR VEHICLE DIVISION

**VOID IF ALTERED**

**DO NOT DETACH UNTIL SOLD - SEE REVERSE SIDE**

# SELLERS REPORT OF SALE

STATE OF DELAWARE
DIVISION OF MOTOR VEHICLES

| TAG NO. | MANUFACTURER & YEAR MASE  2018 | VEHICLE IDENTIFICATION NO. ZN661YUS5JX273346 | SELLING PRICE | DATE |
|---|---|---|---|---|

| NAME OF SELLER (CURRENT REGISTERED OWNER) CHAMBERS BIGE MONYEA | NAME OF BUYER |
|---|---|

| COMPLETE ADDRESS OF SELLER | COMPLETE ADDRESS OF BUYER |
|---|---|

| CITY | STATE | ZIP | CITY | STATE | ZIP |
|---|---|---|---|---|---|

| SELLER'S SIGNATURE X | ODOMETER READING-MILES (NO TENTHS) | BUYER'S DRIVERS LICENSE NO. | STATE |
|---|---|---|---|

WARNING—WHEN YOU SELL/RELEASE INTEREST IN THIS VEHICLE, YOU MUST MAIL THIS DETACHMENT ALONG WITH THE REGISTRATION CARD IMMEDIATELY TO DMV REGISTRATION SECTION, PO BOX 698, DOVER, DE 19903 TO ENSURE YOUR RESPONSIBILITY FOR THE VEHICLE IS RELEASED.