# Exhibit 1

**J.D. POWER** 

# Pricing & Values

Prices shown are the prices you can expect to pay for a **2018 Maserati Levante 4 Door Utility** across different levels of condition. Edit options.

| | |
|---|---|
| Base Price | $74,050 |
| Options | $0 |
| **Original MSRP** ⓘ | **$74,050** |
| | |
| Base Price | $29,800 |
| Options | $0 |
| **Low Retail** ⓘ | **$29,800** |
| | |
| Base Price | $34,400 |
| Options | $0 |
| **Average Retail** ⓘ | **$34,400** |
| | |
| Base Price | $40,800 |
| Options | $0 |
| **High Retail** ⓘ | **$40,800** |

Exhibit C