# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : Bankruptcy No. 24-10788-AMC |
| Bige Monyea Chambers | : |
| | : |
| Debtor. | : Chapter 13 |
| | : |
| Ally Bank | : |
| | : |
| Claimant/ Respondent | : |

## CERTIFICATE OF SERVICE

I certify that on December 16, 2024, I caused to be served a true and correct copy of the foregoing Answer to Debtor's Motion to Determine Value of Property by electronic mail or by first class mail with postage prepaid on the following:

Via US Mail

Bige Monyea Chambers
Po Box 123
Warminster, PA 18974

Via CM / ECF / NEF

Michael A. Cibik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
help@cibiklaw.com


Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com

Christina Lolley Chambers
271 Boggs run
Dover, DE 19904

U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

*/s/ Cathy Bush*
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

2563554