UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br><br>     BIGE MONYEA CHAMBERS <br><br><br>     Debtor | Chapter 13 <br><br> Bankruptcy No. 24-10788-AMC |

<u>TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307</u>

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.    Your Movant is Kenneth E. West, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.    The within case was commenced by the filing of a Chapter 13 petition on 03/07/2024.

3.    This Motion to Dismiss has been filed for the following reason(s):

- There has been unreasonable delay by debtor(s) that is prejudicial to creditors pursuant to 11 U.S.C. Section 1307(c)(1), by the failure of debtor(s) to provide business information sufficient for the trustee to evaluate the financial condition of debtor(s) and/or the plan.

- Debtor(s) has/have failed to provide evidence of business insurance coverage as directed at the meeting of creditors held under 11 U.S.C. Section 341(a), or thereafter.

    WHEREFORE, Kenneth E. West, Esq., Standing Chapter 13 Trustee, requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 01/29/2025                          Respectfully submitted,

                                             */s/ Kenneth E. West, Esq.*
                                             Kenneth E. West, Esq.
                                             Standing Chapter 13 Trusteee
                                             190 N. Independence Mall West
                                             Suite 701
                                             Philadelphia, PA  19106
                                             Telephone: (215) 627-1377