# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Bige Monyea Chambers,

              Debtor.

Case No. 24-10788-AMC

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Fourth Amended Chapter 13 Plan on the following parties through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Date: February 10, 2025

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900 Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com