# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Bige Monyea Chambers,<br><br>        Debtor. | Case No  24-10788-AMC<br><br>Chapter 13 |

### STIPULATION RESOLVING DEBTOR'S MOTION TO VALUE AND OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED PLAN BY ALLY CAPITAL

Ally Capital (the "Creditor"), who is the current holder of a Retail Installment Sale Contract and Security Agreement which is secured by a 2018 Maserati Levante, VIN: ZN661YUS5JX273346 and Debtor, by and through their undersigned counsel, have agreed to the following with respect to the Debtor's Motion to Value and Objection to Confirmation of Debtor's Proposed Plan by Ally Capital.

**IT IS THEREFORE STIPULATED THAT:**

**Debtor is to amend plan:**  Within 30 days of entry of this Order, the Debtor must file an amended plan to provide for payment of Creditor's claim in the amount of $24,000.00 at 10% interest for a total of $30,595.74 though the Chapter 13 plan.

**IT IS THEREFORE STIPULATED** that Ally Capital will be paid $24,000.00 at 10% interest for a total of $30,595.74, through the Chapter 13 plan: and

The signature pages of this Stipulation may be executed in counterpart and all such signature pages, when attached, shall become part of the original Stipulation.

DATED: February 10, 2025

_____
MICHAEL A. CIBIK
Attorney for the Debtor

DATED: 2/12/2025

_____
REGINA COHEN
Attorney for Ally Capital

DATED: 2/19/2025

/s/ Jack K. Miller, Esquire    for
_____
KENNETH E. WEST
Chapter 13 Trustee

*I have no objection to its terms, without prejudice to any of our rights and remedies.*