# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Bige Monyea Chambers<br>                              Debtor<br><br>Bige Monyea Chambers<br>                              Movant<br><br>vs<br><br>Ally Capital<br>                              Respondent<br><br>and<br><br>Kenneth E. West<br>                              Trustee | CHAPTER 13<br><br>CASE NO.: 24-10788-AMC<br><br>Stipulation Resolving Debtor's Motion to Value and Objection to Confirmation by Ally Capital |

**Order Approving Stipulation Resolving Debtor's Motion to Value and Objection to Confirmation by Ally Capital**

AND NOW, it is hereby ORDERED

That the Stipulation Resolving Debtor's Motion to Value and Objection to Confirmation by Ally Capital is approved.

By the Court,

_____
Honorable Ashely M. Chan
United States Bankruptcy Chief Judge

Dated: