## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | CHAPTER 13 |
| Bige Monyea Chambers | CASE NO.: 24-10788-AMC |
| Debtor | Stipulation Resolving Debtor's Motion to Value and Objection to Confirmation by Ally Capital |
| Bige Monyea Chambers | |
| Movant | |
| vs | |
| Ally Capital | |
| Respondent | |
| and | |
| Kenneth E. West | |
| Trustee | |

**Order Approving Stipulation Resolving Debtor's Motion to Value and Objection to Confirmation by Ally Capital**

AND NOW, it is hereby ORDERED

That the Stipulation Resolving Debtor's Motion to Value and Objection to Confirmation by Ally Capital is approved.

**Date: February 28, 2025**

By the Court,

_____

Honorable Ashely M. Chan
United States Bankruptcy Chief Judge

Dated: