UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

In re:                                      Chapter 13
     Bige Monyea Chambers                    Case No. 24-10788-AMC

     Debtors
_____

### **NOTICE OF APPEARANCE**

Please take notice that Orlans Law Group PLLC has been retained as Attorney for Creditor,

Ally Bank, in the entitled action. You are requested to serve a copy of each notice of any proceeding,

hearing and/or report in this matter, including, but not limited to notices required by pursuant to

Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the

undersigned at the address indicated below.

Date: <u>May 2, 2025</u>

                                            Respectfully Submitted,

                                            */s/ Elizabeth A. Trachtman*
                                            Michele M. Bradford, Esq. PA 69849
                                            Nicole M. Francese, Esq. PA 332253
                                            Elizabeth A. Trachtman, Esq. PA 333427
                                            Orlans Law Group PLLC
                                            Attorney for Ally Bank
                                            200 Eagle Road, Bldg 2, Suite 120
                                            Wayne, PA 19087
                                            (484) 367-4191
                                            Email: mbradford@orlans.com
                                            nfrancese@orlans.com
                                            etrachtman@orlans.com
                                            File Number: 25-006311