UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

In re:  
    Bige Monyea Chambers

Chapter 13  
Case No. 24-10788-AMC

Debtors

_____

**CERTIFICATE OF SERVICE**

    I, Elizabeth A. Trachtman, Attorney of Orlans Law Group PLLC, do hereby certify that on May 2, 2025, I caused to be served a copy of Notice of Appearance on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: May 2, 2025

Respectfully Submitted,

*/s/ Elizabeth A. Trachtman*  
Michele M. Bradford, Esq. PA 69849  
Nicole M. Francese, Esq. PA 332253  
Elizabeth A. Trachtman, Esq. PA 333427  
Orlans Law Group PLLC  
Attorney for Ally Bank  
200 Eagle Road, Bldg 2, Suite 120  
Wayne, PA 19087  
(484) 367-4191  
Email: mbradford@orlans.com  
nfrancese@orlans.com  
etrachtman@orlans.com  
File Number: 25-006311

VIA US MAIL

Bige Monyea Chambers, Debtor  
Po Box 123  
WARMINSTER, PA 18974

Christina Lolley Chambers, Debtor  
271 Boggs Run  
Dover, DE 19904

VIA ECF

Michael A. Cibik, Esq. on behalf of Debtors

Kenneth E. West Esq., Chapter 13 Trustee