# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

BIGE MONYEA CHAMBERS

    Debtor

) CHAPTER 13
)
)
) CASE NO.: 24-10788-AMC
)

## PRAECIPE TO WITHDRAW OBJECTION OF ALLY BANK'S TO CONFIRMATION OF DEBTOR'S PROPOSED PLAN

To the Clerk:

Kindly mark the Objection of Ally Bank's to Confirmation of Debtor's Proposed Plan filed on April 30, 2024 (Doc # 24) WITHDRAWN without prejudice.

                          LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO

DATED: 5/6/2025

By: */s/ Regina Cohen*
Regina Cohen (State Bar #57272
190 North Independence Mall West
6th & Race Streets
Suite 500
Philadelphia, PA 19106
(215) 351-7551
Attorney for Ally Bank