IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| BIGE MONYEA CHAMBERS | ) | |
| Debtor | ) | CASE NO.: 24-10788-AMC |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that on May 6, 2025, a true and correct copy of the above and foregoing was served upon the following parties via electronic means as listed on the Court's ECF noticing system, if available otherwise by regular first class mail:

Via US Mail

Bige Monyea Chambers
Po Box 123
Warminster, PA 18974

Christina Lolley Chambers
271 Boggs run
Dover, DE 19904

Via CM / ECF / NEF

Michael A. Cibik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
help@cibiklaw.com

KENNETH E. WEST
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com

U.S. Trustee
Robert N.C. Nix Federal Building,
900 Market Street Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

*/s/ Regina Cohen*
Regina Cohen

2596701