United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 24-10788-amc
Bige Monyea Chambers | Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 4
Date Rcvd: Aug 06, 2025 | Form ID: 155 | Total Noticed: 59

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Bige Monyea Chambers, Po Box 123, Warminster, PA 18974-0513 |
| 14864745 | | 710 Sproul, LP, 1120 Clover Ln, Glen Mills, PA 19342-9622 |
| 14870511 | | Acollective Consulting, LLC, National Registered Agents, Inc., 116 Pine St Ste 320 3rd Floor, Harrisburg, PA 17101-1244 |
| 15004801 | + | Ally Bank, Elizabeth A. Trachtman, Esq., 200 Eagle Road, Bldg 2,, Suite 120, Wayne, PA 19087-3115 |
| 14870512 | | Blair Mill #1 Associates, 409 Stenton Ave, Flourtown, PA 19031-1327 |
| 14870519 | | Christina Wilmer, 1343 Parish Ave, Claymont, DE 19703-3334 |
| 14877571 | + | Commonwealth of Pennsylvania, Department of Revenue, c/o CHRISTOPHER R. MOMJIAN, Office of the Attorney General, 1600 Arch Street, 3rd floor Philadelphia, PA 19103-2016 |
| 14864761 | | James P. Duffy, 1120 Clover Ln, Glen Mills, PA 19342-9622 |
| 14880494 | + | James P. Duffy, Jr., c/o Tupitza & Associates, 212 West Gay Street, c/o Tupitza & Associates, West Chester, PA 19380-2942 |
| 14870515 | | Kaplin Stewart Meloff Reiter &, Stein, P.C., 910 Harvest Dr Fl 2, Blue Bell, PA 19422-1962 |
| 14870516 | | Montgomery County Tax, Claim Bureau, 1 Montgomery Plz Ste 600, Norristown, PA 19401-4851 |
| 14864766 | | New Chester Holdings, LP, 1120 Clover Ln, Glen Mills, PA 19342-9622 |
| 14864768 | | Paul Verduci, 212 W Gay St, West Chester, PA 19380-2942 |
| 14870518 | + | Rosenberg Martin Greenberg,LLP, 25 S Charles St Fl 21, Baltimore, MD 21201-3322 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 14863350 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 07 2025 00:43:06 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14863658 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 07 2025 00:43:28 | Ally Bank Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14876972 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 07 2025 00:43:29 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14864746 | | Email/Text: ally@ebn.phinsolutions.com | Aug 07 2025 00:33:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14864747 | + | Email/Text: bk@avant.com | Aug 07 2025 00:33:00 | Avant/WebBank, 222 North LaSalle Street Suite 1600, Chicago, IL 60601-1112 |
| 14864748 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 07 2025 00:33:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 14870514 | | Email/Text: Jeff.Lothert@channelpartnersllc.com | Aug 07 2025 00:33:00 | Channel Partners Capital, LLC, Channel Partners Equipment Finance, 10900 Wayzata Blvd Ste 300, Minnetonka, MN 55305-1576 |
| 14864749 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 07 2025 00:43:34 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14875775 | + | Email/PDF: ebn_ais@aisinfo.com | | |

Case 24-10788-amc   Doc 72   Filed 08/08/25   Entered 08/09/25 00:38:15   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 06, 2025 | Form ID: 155 | Total Noticed: 59 |

| ID | | Method | Timestamp | Recipient |
|---|---|---|---|---|
| | | | Aug 07 2025 00:43:28 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14864750 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 07 2025 00:42:58 | Capital One/SaksFirst, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14864751 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 07 2025 00:43:28 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14864752 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2025 00:33:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14864753 | + | Email/Text: dylan.succa@commercialacceptance.net | Aug 07 2025 00:33:00 | Commercial Acceptance Company, Attn: Bankruptcy Attn: Bankruptcy, 2300 Gettysburg Road , Suite 102, Camp Hill, PA 17011-7303 |
| 14864754 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 07 2025 00:43:32 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14864755 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 07 2025 00:43:03 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14864756 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 07 2025 00:43:56 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14864757 | + | Email/Text: Bankruptcy@wsfsbank.com | Aug 07 2025 00:33:00 | Fnb Of Wyomn, 838 N Market, Wilmington, DE 19801-3154 |
| 14864758 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 07 2025 00:33:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14875226 | | Email/PDF: bncnotices@becket-lee.com | Aug 07 2025 00:43:32 | Fundbox, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14864759 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 07 2025 00:33:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14864760 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 07 2025 00:33:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14864762 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 07 2025 00:43:03 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14882567 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 07 2025 00:44:03 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14864765 | | Email/Text: ml-ebn@missionlane.com | Aug 07 2025 00:33:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14864763 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 07 2025 00:33:00 | Mariner Finance, LLC, Attn: Bankruptcy 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14882649 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 07 2025 00:33:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14864764 | + | Email/Text: Mercury@ebn.phinsolutions.com | Aug 07 2025 00:33:00 | Mercury/FBT, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 14864767 | | Email/Text: bnc@nordstrom.com | Aug 07 2025 00:33:52 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14864769 | | Email/Text: fesbank@attorneygeneral.gov | Aug 07 2025 00:33:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14864772 | | Email/Text: bkrgeneric@penfed.org | Aug 07 2025 00:33:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, P.O. Box 1432, Alexandria, VA 22313-2032 |
| 14864770 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 07 2025 00:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14864256 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 07 2025 00:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 06, 2025 | Form ID: 155 | Total Noticed: 59 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14864771 | ^ | MEBN | Aug 07 2025 00:27:59 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14864773 | + | Email/Text: bankruptcy@self.inc | Aug 07 2025 00:33:00 | Self INC/Lead Bank Communtiy Bank, Attn: Bankruptcy 1801 Main St, Kansas City, MO 64108-2352 |
| 14864774 | + | Email/Text: bankruptcy.notices@sunrisebanks.com | Aug 07 2025 00:33:00 | Sunrise Banks, Attn: Bankruptcy 200 University Avenue W, Saint Paul, MN 55103-2075 |
| 14883606 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 07 2025 00:43:28 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14864775 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2025 00:43:07 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14864776 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2025 00:44:04 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14864777 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2025 00:42:58 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14864778 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 07 2025 00:44:07 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14864779 | ^ | MEBN | Aug 07 2025 00:27:55 | Today Card, Attn: Bankruptcy, PO Box 84032, Columbus, GA 31908-4032 |
| 14864780 | | Email/Text: bankruptcy@bbandt.com | Aug 07 2025 00:33:00 | Truist Bank, Attn: Bankruptcy, 214 N Tryon St, Charlotte, NC 28202-1078 |
| 14864781 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 07 2025 00:33:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14864782 | ^ | MEBN | Aug 07 2025 00:27:52 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14870520 | | Email/Text: Bankruptcy@wsfsbank.com | Aug 07 2025 00:33:00 | WSFS Bank, 500 Delaware Ave, Wilmington, DE 19801-1490 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14870517 | *P++ | PENNSYLVANIA OFFICE OF ATTORNEY GENERAL, ATTN ATTENTION FINANCIAL ENFORCEMENT SECTION, STRAWBERRY SQUARE, 15TH FLOOR, HARRISBURG PA 17120-0001, address filed with court:, Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2025        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov |
| Elizabeth Trachtman | on behalf of Creditor Ally Bank ANHSOrlans@InfoEx.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Bige Monyea Chambers help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| REGINA COHEN | on behalf of Creditor Ally Bank rcohen@lavin-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
   Bige Monyea Chambers

Debtor(s).

Case No. 24−10788−amc

Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 5, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court