UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

IN RE:

BIGE MONYEA CHAMBERS

        Debtor

Chapter 13
Case No. 24-10788-AMC

ALLY BANK

        Movant

v.

BIGE MONYEA CHAMBERS
        (Debtor)

CHRISTINA LOLLEY CHAMBERS
        (Co-Debtor)

KENNETH E. WEST
        (Trustee)

        Respondents

## **CERTIFICATE OF SERVICE**

     I, Eliza Garifullina, Attorney of Orlans Law Group PLLC, do hereby certify that on September 5, 2025, I caused to be served a copy of Notice of Motion, Motion For Relief From The Automatic Stay and Co-Debtor Stay, Notice of Motion, Proposed Order, and Exhibits on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: September 5, 2025

Respectfully Submitted,

*/s/Eliza Garifullina*
Eliza Garifullina, Esq. PA 336983
Elizabeth Trachtman, Esq. PA 333427
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for Ally Bank
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087

(484) 367-4191
Email: egarifullina@orlans.com
etrachtman@orlans.com
mbradford@orlans.com
File Number: 25-006311

VIA US MAIL

Bige Monyea Chambers, Debtor
PO Box 123
WARMINSTER, PA 18974

Christina Lolley Chambers, Co-Debtor
271 Boggs Run
Dover, DE 19904

VIA ECF

Michael A. Cibik, Esq. on behalf of Debtors

Kenneth E. West Esq., Chapter 13 Trustee