UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>BIGE MONYEA CHAMBERS<br><br>Debtor | Chapter 13<br>Case No. 24-10788-AMC |
| ALLY BANK<br><br>Movant<br><br>v.<br><br>BIGE MONYEA CHAMBERS<br>(Debtor)<br><br>CHRISTINA LOLLEY CHAMBERS<br>(Co-Debtor)<br><br>KENNETH E. WEST<br>(Trustee)<br><br>Respondents | Hearing Date: September 30, 2025 @ 11:00 AM<br><br>Response Deadline: September 17, 2025 |

**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY, RESPONSE DEADLINE AND HEARING DATE**

Ally Bank has filed papers with the court to lift the automatic stay and co-debtor stay as to the 2018, Maserati Levante.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.** (If you do not have an attorney, you may wish to consult one.)

1. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, on or before September 17, 2025, you or your attorney must do all of the following things:

   a) File with the court a written response or an answer explaining your position at:

   United States Bankruptcy Court
   900 Market Street, Suite 400
   Philadelphia, PA 19107

   If you are required to file an answer electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

   b) You must also mail a copy to Movant's attorney:

   Eliza Garifullina
   Orlans Law Group PLLC
   200 Eagle Road, Bldg 2, Suite 120
   Wayne, PA 19087

2. If you or your attorney do not take the steps described in Paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on September 30, 2025 at 11:00 AM in Courtroom #4, 900 Market Street, Suite 400, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in Paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office in Philadelphia at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date:  September 5, 2025

Respectfully Submitted,

*/s/Eliza Garifullina*
Eliza Garifullina, Esq. PA 336983
Elizabeth Trachtman, Esq. PA 333427
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for Ally Bank
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: egarifullina@orlans.com
etrachtman@orlans.com
mbradford@orlans.com
File Number: 25-006311