UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE: <br><br> BIGE MONYEA CHAMBERS <br><br> Debtor | Chapter 13 <br> Case No. 24-10788-AMC |
| ALLY BANK <br><br> Movant <br><br> v. <br><br> BIGE MONYEA CHAMBERS <br> (Debtor) <br><br> CHRISTINA LOLLEY CHAMBERS <br> (Co-Debtor) <br><br> KENNETH E. WEST <br> (Trustee) <br><br> Respondents | |

## CERTIFICATE OF SERVICE

I, Eliza Garifullina, Attorney of Orlans Law Group PLLC, do hereby certify that on September 18, 2025, I caused to be served a copy of Notice of Motion, Amended Motion For Relief From The Automatic Stay and Co-Debtor Stay, Notice of Motion, Proposed Order, and Exhibits on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: September 18, 2025

Respectfully Submitted,

*/s/Eliza Garifullina*_____
Eliza Garifullina, Esq. PA 336983
Elizabeth Trachtman, Esq. PA 333427
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for Ally Bank

200 Eagle Road, Bldg 2, Suite 120  
Wayne, PA 19087  
(484) 367-4191  
Email: egarifullina@orlans.com  
etrachtman@orlans.com  
mbradford@orlans.com  
File Number: 25-006311  

<u>VIA US MAIL</u>

Bige Monyea Chambers, Debtor  
PO Box 123  
WARMINSTER, PA 18974  

Christina Lolley Chambers, Co-Debtor  
271 Boggs Run  
Dover, DE 19904  

<u>VIA ECF</u>

Michael A. Cibik, Esq. on behalf of Debtors  

Kenneth E. West Esq., Chapter 13 Trustee