UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>BIGE MONYEA CHAMBERS<br><br>Debtor | Chapter 13<br>Case No. 24-10788-AMC |
| ALLY BANK<br><br>Movant<br><br>v.<br><br>BIGE MONYEA CHAMBERS<br>(Debtor)<br><br>CHRISTINA LOLLEY CHAMBERS<br>(Co-Debtor)<br><br>KENNETH E. WEST<br>(Trustee)<br><br>Respondents | Doc. No. 76 |

## CERTIFICATE OF NO RESPONSE

The undersigned hereby certifies that, as of the date hereof, I have received no answer, objection or other responsive pleading to the Amended Motion for Relief from the Automatic Stay (the "Motion"), filed on September 18, 2025 (Docket No.76) by Ally Bank, and hereby respectfully request that the Order attached to the Motion be entered by the Court.

Date: October 3, 2025

Respectfully Submitted,
*/s/Eliza Garifullina*_____
Eliza Garifullina, Esq. PA 336983
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for Ally Bank
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087; (484) 367-4191
Email: egarifullina@orlans.com
mbradford@orlans.com
File Number: 25-006311