UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>BIGE MONYEA CHAMBERS<br><br>Debtor | Chapter 13<br>Case No. 24-10788-AMC |
| ALLY BANK<br><br>Movant<br><br>v.<br><br>BIGE MONYEA CHAMBERS<br>(Debtor)<br><br>CHRISTINA LOLLEY CHAMBERS<br>(Co-Debtor)<br><br>KENNETH E. WEST<br>(Trustee)<br><br>Respondents | Ref. Dkt. No. 76 |

### Amended ORDER TERMINATING AUTOMATIC STAY AND CO-DEBTOR STAY

AND NOW, this _____ day of _____, 2025, upon consideration of the Motion for Relief from Automatic Stay and Co-Debtor Stay filed by Ally Bank, and any responses thereto, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is GRANTED.

2. The automatic stay and co-debtor stay imposed by 11 U.S.C. § 362(a) and § 1301(c) are hereby modified for purposes of permitting the Movant to proceed and continue to receive adequate protection payments in connection to the **2018 Maserati Levante VIN No. ZN661YUS5JX273346**.

3. This grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

BY THE COURT:

Chief Judge Ashely M. Chan
U.S. BANKRUPTCY COURT