UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>BIGE MONYEA CHAMBERS<br><br>Debtor | Chapter 13<br>Case No. 24-10788-AMC |
| ALLY BANK<br><br>Movant<br><br>v.<br><br>BIGE MONYEA CHAMBERS<br>(Debtor)<br><br>CHRISTINA LOLLEY CHAMBERS<br>(Co-Debtor)<br><br>KENNETH E. WEST<br>(Trustee)<br><br>Respondents | |

## CERTIFICATE OF SERVICE

I, Eliza Garifullina, Attorney of Orlans Law Group PLLC, do hereby certify that on October 3, 2025, I caused to be served a copy of Certification of Default on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: October 3, 2025

                                                Respectfully Submitted,

                                                */s/Eliza Garifullina*
                                                Eliza Garifullina, Esq. PA 336983
                                                Michele M. Bradford, Esq. PA 69849
                                                Orlans Law Group PLLC
                                                Attorney for Ally Bank
                                                200 Eagle Road, Bldg 2, Suite 120
                                                Wayne, PA 19087

(484) 367-4191
Email: egarifullina@orlans.com
mbradford@orlans.com
File Number: 25-006311

<u>VIA US MAIL</u>

Bige Monyea Chambers, Debtor
PO Box 123
Warmnster, PA 18974

<u>VIA ECF</u>

Michael A. Cibik, Esq., on behalf of Debtor

Kenneth E. West Esq., Chapter 13 Trustee