# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10788-AMC |
| Bige Monyea Chambers, | Chapter 13 |
| Debtor. | |

## Motion to Modify Plan After Confirmation

Debtor Bige Monyea Chambers, through his attorney, moves this Court as follows:

1. The Debtor filed a bankruptcy petition on March 7, 2024. The plan was confirmed on August 6, 2025.

2. The Internal Revenue Service recently amended proof of claim no. 5 to include additional priority taxes.

3. The Chapter 13 Trustee's office recently filed a motion to dismiss the Debtor's case for failure to address the additional priority taxes in the plan.

4. The Debtor wants to modify his plan to address the new priority taxes.

5. The proposed plan resolves the Trustee's motion to dismiss by adding the new priority taxes into the Debtor's plan.

6. The Debtor requests that the Court enter an order approving the plan filed at ECF No. 86 as the new confirmed plan.

7. The Debtor has filed a supplement to Schedule J at ECF No. 85 as evidence of the Debtor's ability to fund the new plan.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: May 5, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com