# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Bige Monyea Chambers,

        Debtor.

Case No. 24-10788-AMC

Chapter 13

### Certificate of Service

I, Michael A. Cibik, certify that on May 5, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Modified Chapter 13 Plan

- Motion to Modify Plan After Confirmation and Proposed Order

- Notice of Motion to Modify Plan After Confirmation

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: May 5, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Ally Bank**
c/o Orlans Law Group PLLC
Attorney for Ally Bank
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
Method of Service: CM/ECF

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346
Method of Service: First Class Mail

**Pennsylvania Department of Revenue**
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946
Method of Service: First Class Mail